In the Matter of the Estate of GEORGE E. RICE, Deceased.

WILLIAM A. HINES, as Executor of GEORGE E. RICE, Deceased, et al., Appellants; HELEN S. ELLIOTT, Respondent.

Argued October 7, 1940; decided November 13, 1940.

*George H. Carleton, John R. Vunk, Harold Ashare* and *Alfred E. Frieman* for Marguerite R. Childs et al., appellants.

*Richard Lincoln* for William A. Hines, appellant.

*Thomas B. Gilchrist, Edward A. Niles* and *Arthur H. Barker* for respondent.

Order affirmed, with costs payable out of the estate. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.